# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC SOMMERNESS, MISTY SOMMERNESS, TIFFANY GRUIDL, AND BRADLEY HISE, *on behalf of themselves and others similarly situated,* | Case No. 19-CV-95 (NEB/ECW) |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| EQUITY EXPERTS, LLC., EQUITYEXPERTS.ORG., LLC., AND EQUITYEXPERTS.ORG MIDWEST, LLC., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on November 9, 2020 (ECF No. 61), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own costs and attorneys' fees.

Dated: November 9, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge